NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JOHN BRASSELL, WASB# 51639**
Assistant United States Attorney
John.Brassell@usdoj.gov
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:23-mj-00117-CL |
| v. | **MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT** |
| **NEGASI ZUBERI, aka JUSTIN JOSHUA HYCHE,** | |
| **Defendant.** | |

The United States of America, by Natalie K. Wight, United States Attorney for the District of Oregon, and through John C. Brassell, Assistant United States Attorney, hereby moves the Court for an Order to unseal the Complaint and Affidavit and all related materials in above-referenced case.  The reason is that defendant was arrested and made his initial appearance in the District of Nevada.

Dated:  August 1, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney
*/s/ John C. Brassell*
JOHN C. BRASSELL
Assistant United States Attorney