UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:23-mj-00117-CL |
| v. | ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT |
| **NEGASI ZUBERI, aka JUSTIN JOSHUA HYCHE,** | |
| **Defendant.** | |

The Court having considered the Government's Motion to Unseal the Complaint, Affidavit and all related materials in this case.

IT IS HEREBY ORDERED that the Clerk be directed to unseal the Complaint, Affidavit and all related materials in the above-captioned case.

Dated: August  1     , 2023.

_____
YOULEE YIM YOU
United States Magistrate Judge

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ John C. Brassell
JOHN C. BRASSELL
Assistant United States Attorney